# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

West Bend Mutual Insuance Company

              Plaintiff,

v.                     Case No.: 1:18–cv–04671
                     Honorable Frederick J. Kapala

Melchor Martinez, et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 29, 2018:

  MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiff's motion for entry of an order of default [20] against defendant Melchor Martinez d/b/a/ A Affordable Tree Service. According to exhibits to the motion, Mr. Martinez was served on 9/13/2018 by leaving a copy of the summons and complaint with his wife in their home. Dkt. 20 at Ex. D. To date, Mr. Martinez has not answered or appeared. According to counsel's affidavit, the defendant is not an infant, incompetent, or in the military. Id. at Ex. E. Accordingly, the motion for entry of an order of default [20] is granted, and the Clerk is directed to enter an order of default against defendant Melchor Martinez d/b/a/ A Affordable Tree Service under Fed. R. Civ. P. 55(a). The joint written status report on how the parties that have appeared propose proceeding remains due 10/31/2018. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.