# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

West Bend Mutual Insuance Company
                           Plaintiff,

v.                                         Case No.: 1:18−cv−04671
                                           Honorable Frederick J. Kapala

Melchor Martinez, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 29, 2018:

    MINUTE entry by the Clerk of Court: Default is entered pursuant to Fed.R.Civ.P.55(a) as to Melchor Martinez dba A Affordable Tree Service for failure to answer or otherwise plead. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.